# AMENDED

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re                              ) Case No. BK-S 09-29795 BAM
                                   )
SAYLOR, ANDY                       ) (X) **AMENDED** Report of Trustee at 341 Meeting
SAYLOR, HALI BERNSTEIN             ) (X) Initial Report of Trustee in Asset Case
                                   ) (  ) Trustee's Report of No Distribution in No Asset Case
                                   ) (  ) Debtor's Change of Address

**( X )  REPORT OF TRUSTEE AT 341 MEETING**
   1. Date of Meeting  11/23/09
   2. (X) Meeting concluded
   3. (  ) Meeting continued to

**( X )  INITIAL REPORT OF TRUSTEE IN ASSET CASE**
   1. (  ) The trustee has found assets in this estate to be administered for the benefit of creditors, or believes there is a substantial likelihood that such assets will be recovered within a reasonable period of time.
   2. (  ) Trustee requests a Notice to File Claims be sent.

**(  )  TRUSTEE'S REPORT OF NO DISTRIBUTION IN NO ASSET CASE**
   **Finding of No Assets**.  As the trustee of the estate of the above-named debtor(s), I report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and there is no property available for distribution from the estate over that exempted by law.

   Pursuant to FRBP 5009, I certify that the estate of the above-named debtor(s) has been fully administered.

   I request that this report be approved, and that I be discharged from any further duties as trustee.

**(  )  DEBTOR'S CHANGE OF ADDRESS:**


Dated:  April 6, 2010

/S/ *Yvette Weinstein*

YVETTE WEINSTEIN, TRUSTEE

*Filed electronically April 6, 2010*